FILED'09 DEC 15 12:00USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEFANIE RILEY,

    Petitioner,

v.

JOSEPH DANIEL GOOCH, TED
DUELL, and BONNIE DUELL,

    Respondents.

Civ. No. 09-1019-PA

**ORDER GRANTING
PETITIONER'S PETITION FOR
RETURN OF CHILD TO
HABITUAL RESIDENCE**

**PANNER, District Judge:**

    Petitioner's Petition for Return of Child to Habitual Residence (Germany) [# 1] is granted. This order compels Respondents and Miss Muffett's Learning Center, located at 2802 Altamont Drive in Klamath Falls, Oregon to release Zoey V. Gooch to Stefanie Riley and/or her attorney, Bradley Lechman-Su at 2:20 p.m. on Tuesday, December 15, 2009. The clerk of court is ordered

1 - ORDER

to release the passports of Stefanie Riley and Zoey V. Gooch to Stefanie Riley. A written opinion will follow.

IT IS SO ORDERED.

DATED this  15  day of December, 2009.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER